JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ABILITIES UNLIMITED LLC; GISELLE PEREZ;<br><br>        Plaintiffs,<br>vs.<br><br>MERCEDES-BENZ USA, LLC; and DOES 1 through 100, inclusive;<br><br>        Defendants. | Case No.:  8:19-cv-01595-JLS-KES<br><br>**ORDER ON JOINT STIPULATION FOR ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Complaint Filed: July 17, 2019<br>District Judge: Hon. Josephine L. Staton<br>Courtroom: 10A<br>Magistrate Judge: Karen E. Scott<br>Trial Date: Not Set |

    The Court has reviewed the Joint Stipulation for Order Dismissing the Action with Prejudice, and hereby orders as follows:

    The parties have stipulated that the action should be dismissed with prejudice. Accordingly, the entire action is dismissed with prejudice pursuant to *Federal Rule of Civil Procedure 41(a)(1)(A)(ii)*. Each party shall bear their own costs and attorneys' fees.

    It IS SO ORDERED.

Dated: 03/16/2020

                                            JOSEPHINE L. STATON
                                            HON. JOSEPHINE L. STATON
                                            DISTRICT JUDGE